1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  J & J Sports Productions, Inc., | CASE NO. 2:14-cv-06816-PLA |
| 11                Plaintiff, | |
| 12       vs. | ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS FERNANDO TREVINO, individually and d/b/a LA CITA and LA CITA INC, an unknown business entity d/b/a LA CITA |
| 14  Fernando Trevino, et al, | |
| 15                Defendants. | |

21     **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS
22  PRODUCTIONS, INC. and defendants FERNANDO TREVINO individually and
23  d/b/a LA CITA and LA CITA INC, an unknown business entity d/b/a LA CITA that
24  the above-entitled action is hereby dismissed **with prejudice** against defendants
25  FERNANDO TREVINO individually and d/b/a LA CITA and LA CITA INC, an
26  unknown business entity d/b/a LA CITA.

27  ///

28

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2    Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____    Dated:  March 7, 2017
**The Honorable Paul L. Abrams**
**United States Magistrate Judge**

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
Case No. 2:14-cv-06816
PAGE 1

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 6, 2017, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS**

On all parties in said cause by electronic mailing same to the defendant's counsel at the following email address(es):

| | |
|---|---|
| Mr. Matthew Pare, Esq. | (Attorneys for Defendants |
| **LAW OFFICE OF MATTHEW PARE** | Fernando Trevino and |
| 823 Anchorage Place, Suite 101 | La Cita Inc) |
| Chula Vista, CA 91914 | |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 6, 2017, at South Pasadena, California.

Dated: March 6, 2017            */s/Karla Diaz*
                                **KARLA DIAZ**